```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  WALLACE J. LEE
    Special Assistant U.S. Attorney
 3  MISDEMEANOR UNIT
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone (559) 497-4000
 5
    Attorneys for the
 6   United States of America
 7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-mj-00087-SKO |
| Plaintiff, | STIPULATION TO CONTINUE MOTION SCHEDULE; ORDER THEREON |
| v. | DATE: March 22, 2012 |
| CARTER A. SILAPACHAI, | TIME: 10:00 a.m. |
| | Hon. Dennis L. Beck |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Wallace J. Lee, Counsel for Plaintiff, and Curtis B. Sok, Counsel for Defendant Carter A. Silapachai, that a new motion schedule be set, but that the hearing on motions now set for March 22, 2012, at 10:00 A.M. before The Honorable Dennis L. Beck shall remain as presently scheduled. The requested new motions schedule is as follows:

| **Event:** | **Present Date:** | **Requested New Date:** |
|---|---|---|
| Motions Due | December 16, 2011 | February 9, 2012 |
| Replies Due | January 20, 2012 | March 1, 2012 |
| Responses Due | February 10, 2012 | March 8, 2012 |

This motion schedule is requested to allow the parties

additional time to attempt to investigate, confer and potentially resolve the matter. It may be possible to resolve the matter without the necessity of motions. This revised schedule has been discussed and agreed to by the parties. The requested motion schedule will conserve time and resources for all parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice will be served by a continuance.

BENJAMIN B. WAGNER
United States Attorney

DATED: December 28, 2011    By    /s/ Wallace J. Lee
                                  WALLACE J. LEE
                                  Special Assistant U.S. Attorney


DATED: December 28, 2011          /s/ Curtis B. Sok
                                  CURTIS B. SOK
                                  Attorney for Defendant
                                  (as authorized on
                                   December 28, 2011)

**O R D E R**

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

Dated:   December 29, 2011              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE