BENJAMIN B. WAGNER
United States Attorney
WALLACE J. LEE
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 497-4000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:11-MJ-00087 (001) BAM |
|---|---|
| Plaintiff, | ) |
| v. | ) MOTION AND ORDER FOR DISMISSAL |
| CARTER SILAPACHAI, | ) |
| Defendant. | ) |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Wallace J. Lee, Special Assistant United States Attorney, hereby moves to dismiss without prejudice the superseding information filed on May 16, 2011, against Carter Silapachai, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: July 18, 2012          BENJAMIN B. WAGNER
                              United States Attorney


                        By : /s/ Wallace J. Lee
                              WALLACE J. LEE
                              Special Assistant U.S. Attorney

1   MOTION AND ORDER FOR DISMISSAL

O R D E R

IT IS HEREBY ORDERED that the superseding information filed on May 16, 2011, against Carter Silapachai, be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated: **July 18, 2012**          **/s/ Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE