```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  WALLACE J. LEE
    Special Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone (559) 497-4000

 5  Attorneys for the
    United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. |
|---|---|
| Plaintiff, | ) 1:11-MJ-00087 (002) BAM ) |
| v. | ) |
| THAI SEE, | ) MOTION AND ORDER FOR DISMISSAL ) |
| Defendant. | ) ) |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Wallace J. Lee, Special Assistant United States Attorney, hereby moves to dismiss without prejudice the information filed on May 2, 2011, against Thai See, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: July 18, 2012           BENJAMIN B. WAGNER
                               United States Attorney


                        By :  /s/ Wallace J. Lee
                              WALLACE J. LEE
                              Special Assistant U.S. Attorney

O R D E R

IT IS HEREBY ORDERED that the information filed on May 2, 2011, against Thai See, be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated: **July 18, 2012**          **/s/ Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE